

## NUMBER 13-13-00192-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

TED W. KARAM AND
GREGORY SCOTT SMITH,                                                    Appellants,

v.

THE STATE OF TEXAS,                                                      Appellee.

On appeal from the 345th District Court
of Travis County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Longoria**
**Memorandum Opinion Per Curiam**

Appellants, Ted W. Karam and Gregory Scott Smith, perfected an appeal from a

judgment entered by the 345th District Court of Travis County, Texas, in cause number

D-1-GV-11-000640.[1]   Appellants have filed an unopposed motion to dismiss the appeal

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket

on grounds that the parties have reached an agreement to settle and compromise their differences.   Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellants.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of September, 2013.

---

equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).